| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | | | 08/22/2002 | 280257 |
| | Earnings | | Taxes | Deductions | Deductions | | Deductions and Taxes Amount | YTD Amount |
| Current | 448.00 | | 77.17 | .00 | MEDICARE | | 6.49 | 47.35 |
| Y-T-D | 2,576.00 | | 490.66 | .00 | SOC SEC | | 27.77 | 159.71 |
| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date | FEDERAL | | 37.06 | 235.70 |
| REGULAR | 14.0000 | 32.00 | 448.00 | 2,576.00 | CONNECTICUT | | 5.85 | 57.90 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay    370.83
Check Amt  370.83

| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 08/19/2002 | 08/25/2002 | 08/29/2002 | 283265 |
| | Earnings | | Taxes | Deductions | Deductions | | Deductions and Taxes Amount | YTD Amount |
| Current | 518.00 | | 98.43 | .00 | MEDICARE | | 7.51 | 146.31 |
| Y-T-D | 3,194.00 | | 596.74 | .00 | SOC SEC | | 32.12 | 198.03 |
| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date | FEDERAL | | 47.56 | 283.26 |
| REGULAR | 14.0000 | 37.00 | 518.00 | 3,094.00 | CONNECTICUT | | 11.24 | 69.14 |
| BONUS EARNING | | | | 100.00 | | | | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay    419.57
Check Amt  419.57

| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 08/19/2002 | 08/25/2002 | 08/29/2002 | 283266 |
| | Earnings | | Taxes | Deductions | Deductions | | Deductions and Taxes Amount | YTD Amount |
| Current | 100.00 | | 7.65 | .00 | MEDICARE | | 1.45 | 146.31 |
| Y-T-D | 3,194.00 | | 596.74 | .00 | SOC SEC | | 6.20 | 198.03 |
| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date | FEDERAL | | | 283.26 |
| BONUS EARNING | 1.0000 | | 100.00 | 100.00 | CONNECTICUT | | | 69.14 |
| REGULAR | | | | 3,094.00 | | | | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay    92.35
Check Amt  92.35

## Paystub 1

| JOHN CURRY | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|
| SS# 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 | 0014300057 | M/00 | A/00 | 08/26/2002 | 09/01/2002 | 09/05/2002 | 285815 |

| Earnings | Taxes | Deductions | Deductions | Deductions and Taxes Amount | YTD Amount |
|---|---|---|---|---|---|
| Current 560.00 | 112.10 | .00 | MEDICARE | 8.12 | 54.43 |
| Y-T-D 3,754.00 | 708.84 | .00 | SOC SEC | 34.72 | 232.75 |
|  |  |  | FEDERAL | 53.86 | 337.12 |
|  |  |  | CONNECTICUT | 15.40 | 84.54 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 40.00 | 560.00 | 3,654.00 |
| BONUS EARNING |  |  |  | 100.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION |  |  | SICK |  |  |
| HOLIDAY |  |  | PERSONAL |  |  |
| BENEFIT5 |  |  | BENEFIT6 |  |  |

Direct Deposit(s)

Net Pay       447.90
Check Amt     447.90

## Paystub 2

| JOHN CURRY | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|
| SS# 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 | 0014300057 | M/00 | A/00 | 09/02/2002 | 09/08/2002 | 09/12/2002 | 288617 |

| Earnings | Taxes | Deductions | Deductions | Deductions and Taxes Amount | YTD Amount |
|---|---|---|---|---|---|
| Current 560.00 | 112.10 | .00 | MEDICARE | 8.12 | 62.55 |
| Y-T-D 4,314.00 | 820.94 | .00 | SOC SEC | 34.72 | 267.47 |
|  |  |  | FEDERAL | 53.86 | 390.98 |
|  |  |  | CONNECTICUT | 15.40 | 99.94 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 32.00 | 448.00 | 4,102.00 |
| HOLIDAY | 14.0000 | 8.00 | 112.00 | 112.00 |
| BONUS EARNING |  |  |  | 100.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION |  |  | SICK |  |  |
| HOLIDAY |  |  | PERSONAL |  |  |
| BENEFIT5 |  |  | BENEFIT6 |  |  |

Direct Deposit(s)

Net Pay       447.90
Check Amt     447.90

## Paystub 3

| JOHN CURRY | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|
| SS# 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 | 0014300057 | M/00 | A/00 | 09/09/2002 | 09/15/2002 | 09/19/2002 | 291808 |

| Earnings | Taxes | Deductions | Deductions | Deductions and Taxes Amount | YTD Amount |
|---|---|---|---|---|---|
| Current 336.00 | 48.49 | .00 | MEDICARE | 4.88 | 67.43 |
| Y-T-D 4,650.00 | 869.43 | .00 | SOC SEC | 20.83 | 288.30 |
|  |  |  | FEDERAL | 21.20 | 412.18 |
|  |  |  | CONNECTICUT | 1.58 | 101.52 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 24.00 | 336.00 | 4,438.00 |
| HOLIDAY |  |  |  | 112.00 |
| BONUS EARNING |  |  |  | 100.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION |  |  | SICK |  |  |
| HOLIDAY |  |  | PERSONAL |  |  |
| BENEFIT5 |  |  | BENEFIT6 |  |  |

Direct Deposit(s)

Net Pay       287.51
Check Amt     287.51

## Paystub 1

| | | | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|
| SS# 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 | | | | 0014300057 | M/00 | A/00 | 09/16/2002 | 09/22/2002 | 09/26/2002 | 294302 |

| | Earnings | Taxes | Deductions | Deductions | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | | 112.10 | .00 | MEDICARE | 8.12 | 75.55 |
| Y-T-D | 5,210.00 | 981.63 | .00 | SOC SEC | 34.72 | 323.02 |
| | | | | FEDERAL | 53.86 | 466.04 |
| | | | | CONNECTICUT | 15.40 | 116.92 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 40.00 | 560.00 | 4,998.00 |
| HOLIDAY | | | | 112.00 |
| BONUS EARNING | | | | 100.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

**Direct Deposit(s)**

Net Pay 447.90
Check Amt 447.90

---

## Paystub 2

| JOHN CURRY | | | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|
| SS# 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 | | | | 0014300057 | M/00 | A/00 | 09/23/2002 | 09/29/2002 | 10/03/2002 | 297203 |

| | Earnings | Taxes | Deductions | Deductions | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | 560.00 | 112.10 | .00 | MEDICARE | 8.12 | 83.67 |
| Y-T-D | 5,770.00 | 1,093.63 | | SOC SEC | 34.72 | 357.74 |
| | | | | FEDERAL | 53.86 | 519.90 |
| | | | | CONNECTICUT | 15.40 | 132.32 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 40.00 | 560.00 | 5,558.00 |
| HOLIDAY | | | | 112.00 |
| BONUS EARNING | | | | 100.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

**Direct Deposit(s)**

Net Pay 447.90
Check Amt 447.90

---

## Paystub 3

| JOHN CURRY | | | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|
| SS# 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 | | | | 0014300057 | M/00 | A/00 | 09/30/2002 | 10/06/2002 | 10/10/2002 | 299652 |

| | Earnings | Taxes | Deductions | Deductions | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | 560.00 | 112.10 | .00 | MEDICARE | 8.12 | 91.79 |
| Y-T-D | 6,330.00 | 1,205.73 | .00 | SOC SEC | 34.72 | 392.46 |
| | | | | FEDERAL | 53.86 | 573.76 |
| | | | | CONNECTICUT | 15.40 | 147.72 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 40.00 | 560.00 | 6,118.00 |
| HOLIDAY | | | | 112.00 |
| BONUS EARNING | | | | 100.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

**Direct Deposit(s)**

Net Pay 447.90
Check Amt 447.90

| JOHN CURRY | | | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|
| SS# 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 | | | | 0014300057 | M/00 | A/00 | 10/07/2002 | 10/13/2002 | 10/17/2002 | 302390 |
| | Earnings | | | Taxes | | Deductions | Deductions | | Deductions and Taxes | |
| Current | 224.00 | | | 27.13 | | .00 | | | Amount | YTD Amount |
| Y-T-D | 6,954.00 | | | 1,297.13 | | .00 | MEDICARE | | 3.24 | 100.83 |
| Earnings Type | Rate | Cur Qty | | Cur Amt | | Year to Date | SOC SEC | | 13.89 | 431.15 |
| REGULAR | 14.0000 | 16.00 | | 224.00 | | 6,342.00 | FEDERAL | | 10.00 | 613.62 |
| HOLIDAY | | | | | | 112.00 | CONNECTICUT | | | 151.53 |
| BONUS EARNING | | | | | | 500.00 | | | | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay 196.87
Check Amt 196.87

---

| JOHN CURRY | | | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|
| SS# 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 | | | | 0014300057 | M/00 | A/00 | 10/07/2002 | 10/13/2002 | 10/17/2002 | 302391 |
| | Earnings | | | Taxes | | Deductions | Deductions | | Deductions and Taxes | |
| Current | 400.00 | | | 64.27 | | .00 | | | Amount | YTD Amount |
| Y-T-D | 6,954.00 | | | 1,297.13 | | .00 | MEDICARE | | 5.80 | 100.83 |
| Earnings Type | Rate | Cur Qty | | Cur Amt | | Year to Date | SOC SEC | | 24.80 | 431.15 |
| BONUS EARNING | 1.0000 | | | 400.00 | | 500.00 | FEDERAL | | 29.86 | 613.62 |
| REGULAR | | | | | | 6,342.00 | CONNECTICUT | | 3.81 | 151.53 |
| HOLIDAY | | | | | | 112.00 | | | | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay 335.73
Check Amt 335.73

---

| JOHN CURRY | | | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|
| SS# 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 | | | | 0014300057 | M/00 | A/00 | 10/14/2002 | 10/20/2002 | 10/24/2002 | 304950 |
| | Earnings | | | Taxes | | Deductions | Deductions | | Deductions and Taxes | |
| Current | 518.00 | | | 98.42 | | .00 | | | Amount | YTD Amount |
| Y-T-D | 7,472.00 | | | 1,395.55 | | .00 | MEDICARE | | 7.51 | 108.34 |
| Earnings Type | Rate | Cur Qty | | Cur Amt | | Year to Date | SOC SEC | | 32.11 | 463.26 |
| REGULAR | 14.0000 | 37.00 | | 518.00 | | 6,860.00 | FEDERAL | | 47.56 | 661.18 |
| HOLIDAY | | | | | | 112.00 | CONNECTICUT | | 11.24 | 162.77 |
| BONUS EARNING | | | | | | 500.00 | | | | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay 419.58
Check Amt 419.58