### Paystub 1

| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 10/21/2002 | 10/27/2002 | 10/31/2002 | 307861 |
| | Earnings | Taxes | | Deductions | | | | |
| Current | 560.00 | 112.10 | | .00 | Deductions | Deductions and Taxes Amount | | YTD Amount |
| Y-T-D | 8,032.00 | 1,507.65 | | .00 | MEDICARE | 8.12 | | 116.46 |
| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date | SOC SEC | 34.72 | | 497.98 |
| REGULAR | 14.0000 | 40.00 | 560.00 | 7,420.00 | FEDERAL | 53.86 | | 715.04 |
| HOLIDAY | | | | 112.00 | CONNECTICUT | 15.40 | | 178.17 |
| BONUS EARNING | | | | 500.00 | | | | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay      447.90
Check Amt    447.90

### Paystub 2

| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 10/28/2002 | 11/03/2002 | 11/07/2002 | 310326 |
| | Earnings | Taxes | | Deductions | | | | |
| Current | 560.00 | 112.10 | | .00 | Deductions | Deductions and Taxes Amount | | YTD Amount |
| Y-T-D | 8,592.00 | 1,619.75 | | .00 | MEDICARE | 8.12 | | 124.58 |
| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date | SOC SEC | 34.72 | | 532.70 |
| REGULAR | 14.0000 | 40.00 | 560.00 | 7,980.00 | FEDERAL | 53.86 | | 768.90 |
| HOLIDAY | | | | 112.00 | CONNECTICUT | 15.40 | | 193.57 |
| BONUS EARNING | | | | 500.00 | | | | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay      447.90
Check Amt    447.90

### Paystub 3

| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 11/04/2002 | 11/10/2002 | 11/14/2002 | 312828 |
| | Earnings | Taxes | | Deductions | | | | |
| Current | 560.00 | 112.10 | | .00 | Deductions | Deductions and Taxes Amount | | YTD Amount |
| Y-T-D | 9,152.00 | 1,731.85 | | .00 | MEDICARE | 8.12 | | 132.70 |
| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date | SOC SEC | 34.72 | | 567.42 |
| REGULAR | 14.0000 | 40.00 | 560.00 | 8,540.00 | FEDERAL | 53.86 | | 822.76 |
| HOLIDAY | | | | 112.00 | CONNECTICUT | 15.40 | | 208.97 |
| BONUS EARNING | | | | 500.00 | | | | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay      447.90
Check Amt    447.90

## Paystub 1

| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | | | | | | | 318830 |
| | Earnings | | Taxes | | Deductions | | | |
| Current | 84.00 | | 6.43 | | .00 | | | |
| Y-T-D | 9,740.00 | | 1,832.86 | | .00 | | | |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 6.00 | 84.00 | 9,128.00 |
| HOLIDAY | | | | 112.00 |
| BONUS EARNING | | | | 500.00 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| MEDICARE | 1.22 | 141.23 |
| SOC SEC | 5.21 | 603.88 |
| FEDERAL | | 868.22 |
| CONNECTICUT | | 219.53 |

MARCOM COMMUNICATIONS  
144 PROSPECT HILL ROAD  
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Net Pay 77.57  
Check Amt 77.57

## Paystub 2

| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 11/11/2002 | 11/17/2002 | 11/21/2002 | 315826 |
| | Earnings | | Taxes | | Deductions | | | |
| Current | 504.00 | | 94.56 | | .00 | | | |
| Y-T-D | 9,656.00 | | 1,826.43 | | .00 | | | |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 36.00 | 504.00 | 9,044.00 |
| HOLIDAY | | | | 112.00 |
| BONUS EARNING | | | | 500.00 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| MEDICARE | 7.31 | 140.01 |
| SOC SEC | 31.25 | 598.67 |
| FEDERAL | 45.46 | 868.22 |
| CONNECTICUT | 10.56 | 219.53 |

MARCOM COMMUNICATIONS  
144 PROSPECT HILL ROAD  
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Net Pay 409.42  
Check Amt 409.42

## Paystub 3

| JOHN CURRY | | EMP. NO. | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 11/25/2002 | 12/01/2002 | 12/05/2002 | 320735 |
| | Earnings | | Taxes | | Deductions | | | |
| Current | 560.00 | | 112.10 | | .00 | | | |
| Y-T-D | 10,300.00 | | 1,944.96 | | .00 | | | |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 24.00 | 336.00 | 9,464.00 |
| HOLIDAY | 14.0000 | 16.00 | 224.00 | 336.00 |
| BONUS EARNING | | | | 500.00 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| MEDICARE | 8.12 | 149.35 |
| SOC SEC | 34.72 | 638.60 |
| FEDERAL | 53.86 | 922.08 |
| CONNECTICUT | 15.40 | 234.93 |

MARCOM COMMUNICATIONS  
144 PROSPECT HILL ROAD  
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Net Pay 447.90  
Check Amt 447.90

## Pay Stub 1

**JOHN CURRY**
SS# 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

| | EMP NO | Fed | State | Per Beg | Per End | Check Date | Check No |
|---|---|---|---|---|---|---|---|
| | 0014300057 | M/00 | A/00 | 12/02/2002 | 12/08/2002 | 12/12/2002 | 323448 |

| | Earnings | Taxes | Deductions | Deductions | Deductions and Taxes Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | 448.00 | 27.19 | .00 | MEDICARE | 6.50 | 155.83 |
| Y-T-D | 10,718.00 | 2,022.15 | .00 | SOC SEC | 27.78 | 665.83 |
| | | | | FEDERAL | 39.00 | 959.14 |
| | | | | CONNECTICUT | 5.85 | 240.78 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 32.00 | 448.00 | 9,912.00 |
| HOLIDAY | | | | 135.00 |
| BONUS EARNING | | | | 500.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay 370.81
Check Amt 370.81

---

## Pay Stub 2

**JOHN CURRY**
SS# 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

| | EMP NO | Fed | State | Per Beg | Per End | Check Date | Check No |
|---|---|---|---|---|---|---|---|
| | 0014300057 | M/00 | A/00 | 12/09/2002 | 12/15/2002 | 12/19/2002 | 326215 |

| | Earnings | Taxes | Deductions | Deductions | Deductions and Taxes Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | 280.00 | 37.39 | .00 | MEDICARE | 4.06 | 159.89 |
| Y-T-D | 11,028.00 | 2,059.54 | .00 | SOC SEC | 17.36 | 683.74 |
| | | | | FEDERAL | 15.60 | 974.74 |
| | | | | CONNECTICUT | .37 | 241.15 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 20.00 | 280.00 | 10,192.00 |
| HOLIDAY | | | | 335.00 |
| BONUS EARNING | | | | 500.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay 242.61
Check Amt 242.61

---

## Pay Stub 3

**JOHN CURRY**
SS# 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

| | EMP NO | Fed | State | Per Beg | Per End | Check Date | Check No |
|---|---|---|---|---|---|---|---|
| | 0014300057 | M/00 | A/00 | 12/16/2002 | 12/22/2002 | 12/26/2002 | 328188 |

| | Earnings | Taxes | Deductions | Deductions | Deductions and Taxes Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | 231.00 | | .00 | MEDICARE | | |
| Y-T-D | 11,259.00 | 2,087.04 | .00 | SOC SEC | | |
| | | | | FEDERAL | 10.70 | 985.44 |
| | | | | CONNECTICUT | | 241.15 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 16.50 | 231.00 | 10,423.00 |
| HOLIDAY | | | | 335.00 |
| BONUS EARNING | | | | 500.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Direct Deposit(s)

Net Pay 202.63
Check Amt 202.63



| JOHN CURRY | | EMP NO | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 12/23/2002 | 12/29/2002 | 01/02/2003 | 331938 |

| | Earnings | Taxes | Deductions | Deductions | Deductions and Taxes Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | 224.00 | | | MEDICARE | | |
| Y-T-D | 224.00 | | | SOC SEC | | |
| | | | | FEDERAL | | |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | | 168.00 | |
| HOLIDAY | 14.0000 | | 56.00 | |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

Direct Deposit(s)

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Net Pay 196.86
Check Amt 196.86

---

| JOHN CURRY | | EMP NO | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 12/30/2002 | 01/05/2003 | 01/09/2003 | 334040 |

| | Earnings | Taxes | Deductions | Deductions | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | 112.00 | | | MEDICARE | | 4.87 |
| Y-T-D | 336.00 | 35.70 | | SOC SEC | | 20.83 |
| | | | | FEDERAL | | 10.00 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 8.00 | 112.00 | 280.00 |
| HOLIDAY | | | | 56.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

Direct Deposit(s)

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Net Pay 103.44
Check Amt 103.44

---

| JOHN CURRY | | EMP NO | Fed | State | Per Beg | Per End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| SS# 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 | | 0014300057 | M/00 | A/00 | 01/06/2003 | 01/12/2003 | 01/16/2003 | 336187 |

| | Earnings | Taxes | Deductions | Deductions | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Current | 112.00 | 8.58 | .00 | MEDICARE | 1.63 | 6.50 |
| Y-T-D | 448.00 | 44.28 | .00 | SOC SEC | 6.95 | 27.78 |
| | | | | FEDERAL | | 10.00 |

| Earnings Type | Rate | Cur Qty | Cur Amt | Year to Date |
|---|---|---|---|---|
| REGULAR | 14.0000 | 8.00 | 112.00 | 392.00 |
| HOLIDAY | | | | 56.00 |

MARCOM COMMUNICATIONS
144 PROSPECT HILL ROAD
EAST WINDSOR CT 06088

Direct Deposit(s)

| Accruals | Balance | Taken | Accruals | Balance | Taken |
|---|---|---|---|---|---|
| VACATION | | | SICK | | |
| HOLIDAY | | | PERSONAL | | |
| BENEFIT5 | | | BENEFIT6 | | |

Net Pay 103.42
Check Amt 103.42