EMPLOYEE'S NAME: JOHN CURRY  DATE OF INJURY: 2/20/96

ADDRESS: 14 LINCOLN ST, HARTFORD CT 06106  INS. CARRIER: [illegible]

EMPLOYER: ALLAN C. GOODMAN  WEEK OF: 2/24/03 - 2/28/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 2/24 | MARCON COMMUNICATIONS 144 PROSPECT HILL RD E WINDSOR | (860) 292-8774 | TECH ASSISTANT CABLE PULLER | MIKE TIMROSE OWNER | NO WORK LACK OF JOBS | PREVIOUS EMPLOYER |
| 2/25 | CHARTERS PERSONNEL DEPT. 550 MAIN ST HTFD CT | (860) 543-8590 | SANITATION CREW LEADER | STAFF | FILLED OUT JOBS CARD | WALK-IN |
| 2/26 | CITY OF HTFD PERSONNEL DEPT. 550 MAIN ST HTFD CT | (860) 543-8590 | PARKING CONTROLLER | STAFF | FILLED OUT JOBS CARD | WALK-IN |
| 2/27 | CURRY TAROMBO 776 GOFF RD WETHERSFIELD CT 06109 | (860) 529-2149 | ELECTRICAL PERSONNEL ASSISTANT | MIKE CURRY | NO WORK OPENINGS OUT OF MY QUALIFICATIONS | PERSONAL CONTACT |
| 2/28 | TOWN HALL WETHERSFIELD WETHERSFIELD CT | | PARKS & RECREATION | STAFF | NO OPENINGS OR JOB LISTINGS AT THIS TIME | WALK-IN |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: JOHN CURRY    DATE OF INJURY: 8/20/99

ADDRESS: 4 LINCOLN ST, HARTFORD CT 06106    INS. CARRIER: LIBERTY MUTUAL

EMPLOYER: ALLANS GOODMAN    WEEK OF: 03/03/03 — 03/07/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 3/3 | TOWN OF E. HTFD CT 740 MAIN ST | WEBSITE (860) 291-7100 | ANY WITHIN MY RESTRICTIONS | WEBSITE GOOGLE JOB SEARCH | 1-OPENING NOT QUALIFIED | JOB SEARCH |
| 3/4 | REGIONAL WATER AUTHORITY GOV. JOBS IN CT SOUTH CENTRAL CT REGIONAL | WEBSITE (203) 562-4020 | ANY WITHIN MY RESTRICTIONS | WEBSITE GOV. JOBS IN CT GOOGLE | NO JOB OPENINGS AT THIS TIME | GOOGLE JOB SEARCH |
| 3/5 | CITY OF BRISTOL CT 111 NORTH MAIN | WEBSITE | ANY WITHIN MY RESTRICTIONS | WEBSITE GOOGLE JOB SEARCH | 2-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 3/6 | TOWN OF BLOOMFIELD CT 800 BLOOMFIELD AVE | WEBSITE (860) 769-3500 | ANY WITHIN MY RESTRICTIONS | WEBSITE GOOGLE JOB SEARCH | 3-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 3/7 | TOWN OF BERLIN CT 240 KENSINGTON RD | WEBSITE (860) 528-7000 | ANY WITHIN MY RESTRICTIONS | WEBSITE GOOGLE JOB SEARCH | NO JOBS AVAILABLE AT THIS TIME | GOOGLE JOB SEARCH |
|  |  |  |  |  |  |  |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry          DATE OF INJURY: 8/29/95

ADDRESS: [illegible] St, Hartford, CT 06104   INS. CARRIER: Liberty Mutual

EMPLOYER: [illegible]                         WEEK OF: 3/10 – 3/14

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 3/10 | Town of Colchester | | Any | google job search | No postings at this time | google website |
| 3/11 | City of Hartford, 550 Main St, Hartford CT | 860-543-8590 | Any within restrictions | google web search | 4 openings not qualified | google website |
| 3/12 | City of Meriden, 142 East Main St, Meriden CT | 203-630-4037 | Any | google web search | No openings/positions closed | google website |
| 3/13 | Town of Manchester, 41 Center Street | 860-647-3136 | Any within restrictions | google web search | 4 positions not qualified | google website |
| 3/14 | Town of Middletown, 245 de Koven Drive | 860-344-3487 | Any | google web search | 3 positions not qualified | google website |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: JOHN CURRY    DATE OF INJURY: 8/20/98

ADDRESS: 41 LINCOLN ST, HARTFORD, CT 06104    INS. CARRIER: LIBERTY MUTUAL

EMPLOYER: ADAMS GOODMAN    WEEK OF: 3/17 – 3/21

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 3/17 | Town of Wallingford, 45 S. Main St, Wallingford CT 06492 | (203) 294-2080 | 1-Operations Water Dept. Listed – Not Qualified | Ecoemply.com | 1-Openings Not Qualified | Google Job Search Website |
| 3/18 | Town of South Windsor, 1540 Sullivan Ave, S. Windsor CT | (860) 644-2511 | Any | Google Job Search Website | No Openings At This Time | Google Job Search |
| 3/19 | Town of Newington, 131 Cedar St, Newington CT | (860) 665-8510 | Any | Google Job Search Website | No Vacancies At Present | Google Job Search |
| 3/20 | Town of Windsor, 275 Broad St, Windsor CT 06095 | (860) 285-1852 | Any | Google Job Search Website | 2-Openings Not Qualified | Google Job Search |
| 3/21 | Town of West Hartford, 50 South Main St, W. Htfd CT 06107 | (860) 523-3525 | Custodial / Maintenance | Sue | Position Already Filled Less Application | Google Job Search |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: JOHN CURRY          DATE OF INJURY: 8/24/98

ADDRESS: LINCOLN ST, HARTFORD CT 06104   INS. CARRIER: LIBERTY MUTUAL

EMPLOYER: ALAN L GOODMAN              WEEK OF: 3/24 – 3/28

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 3/24 | Town of New Haven, 200 Orange St, New Haven CT 06510 | (203) 946-8252 | Any | Google Job Search | No Positions Available At This Time | Google Job Search |
| 3/25 | Judicial Branch, 75 Elm St, Hartford CT 06106 | 800-808-9785 | Any | Website | There Are No Job Openings At This Time | Google Job Search |
| 3/26 | CT Lottery Corp, 270 John Downey Dr, New Britain CT 06051 | (860) 348-4000 | Any | Website | No Openings As of 3/25/03 | Google " " |
| 3/27 | Dept. of Consumer Protection, 165 Capitol Ave, Htfd | 800-842-2649 | Any | Website | There Are No Positions Currently Available | Google " " |
| 3/28 | CT Dept. of Correction, 24 Wolcott Hill Rd, Weth. CT 06109 | (860) 692-7600 | Any | Website | Currently There Are No Positions Available | Google " |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: JOHN CURRY    DATE OF INJURY: 8/20/96

ADDRESS: 41 LINCOLN ST, HARTFORD CT 06104    INS. CARRIER: LIBERTY MUTUAL

EMPLOYER: ALLAN S. GOODMAN    WEEK OF 3/31 - 4/4

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 3/31 | Central Connecticut State University, 1615 Stanley St, New Britain CT 06050 | (860) 832-1815 | Any Glass Custodian | WEBSITE | 70 POSTINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 4/1 | Northeast Utilities, PO Box 270, HTFD CT 06141 | 1-800-286-5000 | Any Meter Reader | WEBSITE | 35 OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 4/2 | CT Dept of Agriculture, ctdeptag@po.state.ct.us | | Driver Any | WEBSITE | NO POSTINGS AT THIS TIME | GOOGLE JOB SEARCH |
| 4/3 | CT Natural Gas Corp, 10 State House Square, 6th Flr, HTFD CT 06114 | FAX (860) 727-3111 | Any Meter Reader | WEBSITE | NO OPENINGS | GOOGLE JOB SEARCH |
| 4/4 | Dept of Info Technology, 101 East River Dr, E. HTFD CT 06108 | (860) 622-2414 | Any | WEBSITE | OPEN TO DOIT EMPLOYEES ONLY | GOOGLE JOB SEARCH |
| | | | | | | |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry  DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106  INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman  WEEK OF: 8/18/03 – 8/22/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 8/18 | ALLAN S. GOODMAN 190 GOODWIN ST. E. HTFD 06108 | (860) 289-2731 | NITE SHIFT SPLITLINE POSITION | WRITTEN APPLICATION RICH CONROY | NO RESPONSE YET | MY PREVIOUS EMPLOYER |
| 8/19 | TOWN OF BLOOMFIELD 800 BLOOMFIELD AV. | WEBSITE (860) 769-3500 | ANY | WEBSITE GOOGLE SEARCH | NO CURRENT POSTINGS | TOWN WEBSITE GOOGLE SEARCH |
| 8/20 | TOWN OF BERLIN 240 KENSINGTON RD. | TOWN WEBSITE (860) 528-7000 | ANY | WEBSITE GOOGLE SEARCH | 1-POSITION NOT QUALIFIED | WEBSITE GOOGLE SEARCH |
| 8/21 | TOWN OF AVON 60 WEST MAIN ST | (860) 677-2634 | ANY | WEBSITE TOWN GOOGLE SEARCH | NOT QUALIFIED SUMMER CROSSINGS | TOWN WEBSITE GOOGLE SEARCH |
| 8/22 | STATE OF CONNECTICUT 165 CAPITOL AV HTFD CT 06106 | CT.GOV WEBSITE (860) 713-5205 | ANY | CT.GOV WEBSITE GOOGLE SEARCH | 21-OPENINGS NOT QUALIFIED | CT.GOV WEBSITE GOOGLE |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry

DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106

INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman

WEEK OF: 8/25/03 – 8/29/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 8/25 | Town of E. Hartford, 740 Main St., E. Htfd CT 06108 | (860) 291-7220 | Any | Google Town Website | No positions open | Google Job Search |
| 8/26 | Town of Enfield, Personnel Dept., Enfield, CT | (860) 253-5001 | Any | Website | 3-positions opened not qualified | Google Job Search |
| 8/27 | Town of Colchester, Colchester CT | Website | Any | Website | No job openings at this time | Google Job Search |
| 8/28 | Town of Cheshire, Cheshire CT | Website | Any | Website | 1-opening not qualified | Google Job Search |
| 8/29 | Regional Water Authority, 90 Sargent Dr., New Haven CT 06511 | (203) 562-4020 | Any | Website | No job openings at this time | Google Job Search |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry            DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106    INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman            WEEK OF: 9/1/03 – 9/5/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 9/1 | Town of Newington, 131 Cedar St., Newington CT 06111 | Town Website | Any | Website | 1 - Opening Not Qualified | Google Job Search |
| 9/2 | United States Postal Service, Bloomfield CT | www.USPS.com | Rural Carrier Associate | Website | Applied for Exam | Website |
| 9/3 | United States Postal Service | Website | Casual, Temporary Job | Website | Currently No Openings | Website |
| 9/4 | Town of Glastonbury, 2155 Main St., Glastonbury CT 06033 | (860) 652-7506 | Any | Website | Currently No Vacancies | Google Job Search |
| 9/5 | City of Hartford, 550 Main St., Hartford CT 06103 | (860) 543-8590 / 543-8593 | Any | Website | 7 - Openings Not Qualified | Website |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry  
ADDRESS: 61 Lincoln Street, Hartford, CT 06106  
EMPLOYER: Allan S. Goodman  

DATE OF INJURY: 8/26/98  
INS. CARRIER: Liberty Mutual  
WEEK OF: 9/8/03 — 9/12/03  

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 9/8 | TOWN OF WETHERSFIELD, WETHERSFIELD CT 06109 | WEBSITE | ANY | WEBSITE | NO OPENINGS AT THIS TIME | GOOGLE JOB SEARCH |
| 9/9 | TOWN OF WEST HARTFORD, 50 SOUTH MAIN ST, WEST HTFD CT 06107 | WEBSITE (860) 523-3020 | PART TIME CUSTODIAN | WEBSITE PAT | PUT IN APPLICATION NO CONTACT YET | GOOGLE JOB SEARCH |
| 9/10 | TOWN OF PORTLAND, PORTLAND CT | WEBSITE | ANY | WEBSITE | NO OPENINGS | GOOGLE JOB SEARCH |
| 9/11 | TOWN OF SIMSBURY, SIMSBURY CT | TOWN WEBSITE | ANY | WEBSITE | 2-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 9/12 | TOWN OF SOUTH WINDSOR, 1540 SULLIVAN AVE, SOUTH WINDSOR CT 06074 | TOWN WEBSITE | ANY | WEBSITE | 2-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry

ADDRESS: 61 Lincoln Street, Hartford, CT 06106

EMPLOYER: Allan S. Goodman

DATE OF INJURY: 8/26/98

INS. CARRIER: Liberty Mutual

WEEK OF: 9/15/03 - 9/19/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 9/15 | CITY OF MERIDEN 142 EAST MAIN ST. MERIDEN, CT 06450 | (203) 630-4031 | ANY | WEBSITE | 1-OPENING NOT QUALIFIED | GOOGLE JOB SEARCH |
| 9/16 | CITY OF MIDDLETOWN 245 DEKOVEN DR. MIDDLETOWN CT 06457 | (860) 344-3487 | ANY | WEBSITE | 3-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 9/17 | RUSSELL LIBRARY 123 BROAD ST. MIDDLETOWN CT 06457 | (860) 347-2528 | ANY | WEBSITE | 1-OPENING NOT QUALIFIED | GOOGLE JOB SEARCH |
| 9/18 | TOWN OF WINDSOR 275 BROAD ST. WINDSOR, CT 06095 | (860) 285-1852 | ANY | WEBSITE | 2-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 9/19 | THE HARTFORD INS CO CAREER OPPORTUNITIES | http://thehartford.hire.com/jobs37chauffeur.html | EXECUTIVE CHAUFFEUR | WEBSITE | NOT QUALIFIED | GOOGLE JOB SEARCH |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry        DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106        INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman        WEEK OF: 9/22/03 – 9/26/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 9/22 | STATE OF CONNECTICUT JUDICIAL BRANCH 21 WOODLAND ST HFRD CT 06105 | WEBSITE | Any | JUD.STATE.CT.US WEBSITE | 11-POSITIONS NOT QUALIFIED | WEBSITE |
| 9/23 | CONNECTICUT DEPT. OF CORRECTION | WEBSITE | Any | CT.GOV | NO POSITIONS OPEN AT THIS TIME | WEBSITE |
| 9/24 | CONN. DEPT. OF TRANSPORTATION EMPLOYMENT OPPORTUNITIES | WEBSITE | Any | WEBSITE DOT | NO OPENINGS AT THIS TIME | WEBSITE |
| 9/25 | STATE OF CONNECTICUT DEPT. OF MOTOR VEHICLES | WEBSITE | Any | CT.GOV | NO POSTINGS AT THIS TIME | WEBSITE |
| 9/26 | NORTHEAST UTILITIES SYSTEMS | WEBSITE | Any | GOOGLE JOB SEARCH | 23-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry    DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106    INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman    WEEK OF: 9/29/03 – 10/3/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 9/29 | MARCOM COMMUNICATIONS, 144 PROSPECT HILL RD, EAST WINDSOR CT 06088 | (860) 292-8774 | ANY | MIKE TEMPORE | NOTHING AVAILABLE SLOW | PREVIOUS EMPLOYER |
| 9/30 | UCONN HEALTH CENTER, FARMINGTON, CT 06034-4055 | (860) 679-2426 | ANY | WEBSITE | 68-OPENINGS NOT QUALIFIED | WEBSITE |
| 10/1 | ST. FRANCIS HOSPITAL, 114 WOODLAND ST, HTFD, CT 06105 | (860) 714-4000 | ANY | WEBSITE | 94-OPENINGS NOT QUALIFIED | WEBSITE |
| 10/2 | DEPT. OF PERSONNEL, 550 MAIN ST, HTFD CT 06103 | (860) 543-8590 | SANITATION CREW MEMBER | RECEPTIONIST | FILLED OUT GMNTH JOB CARD NOTICE | JOB SEARCH WALK IN |
| 10/3 | DEPT. OF PERSONNEL, 550 MAIN ST, HTFD CT 06103 | (860) 543-8590 | PARKING CONTROLLER | RECEPTIONIST | FILLED OUT GMNTH JOB CARD NOTICE | WALK IN |
|  |  |  |  |  |  |  |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry

DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106

INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman

WEEK OF: 10/6/03 – 10/10/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 10/6 | CITY OF BRISTOL, 111 N. MAIN ST., BRISTOL, CT 06010 | (860) 584-6175 | ANY | WEBSITE | 4-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 10/7 | CITY OF HAMDEN, 2372 WHITNEY AVE, HAMDEN, CT 06518 | CITY WEBSITE | ANY | WEBSITE | 3-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 10/8 | TOWN OF EAST HADDAM, 7 MAIN ST PO BOX-K, EAST HADDAM, CT 06423 | WEBSITE JOB/PUBLIC NOTICES | ANY | WEBSITE | 2-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |
| 10/9 | TOWN OF WILLINGTON, 40 OLD FARMS RD, WILLINGTON, CT 06279 | (860) 487-3121 | ANY | WEBSITE | NO OPENINGS POSTED | GOOGLE JOB SEARCH |
| 10/10 | TOWN OF NEW HAVEN, 200 ORANGE ST, NEW HAVEN, CT 06510 | (203) 946-8252 | ANY | WEBSITE | 2-OPENINGS NOT QUALIFIED | GOOGLE JOB SEARCH |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. Be sure you may make copies of this form for your future use or you may submit sheets in your own hand writing. Don't forget to indicate your efforts to obtain employment to include all the necessary information and make a copy for your records. through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry

DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106

INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman

WEEK OF: 10/13/03 - 10/17/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 10/13 | W/S State Vocational Rehab, 8 Oak St, Htfd CT 06106 | (860) 493-1500 | Any information about counselor | Linda Brogan | Waiting for call back | Frank Costello Attorney |
| 10/14 | Judicial Branch, Court Operations Division, 61 Woodland St RM 1331, Htfd CT 06105 | (860) 722-5896 | Judicial Marshal | Office of Chief Judicial Marshal | Unable to make 10/14 deadline | Website |
| 10/15 | Judicial Branch Jobs, 61 Woodland St, Htfd CT 06105 | (860) 722-5896 | Any | Website | 1-opening not qualified | Website |
| 10/16 | Town of Colchester, Colchester CT | Website | Any | Website | Currently no job openings | Website |
| 10/17 | Year Round Power Equipment, 30 South St, W. Htfd CT 06110 | (860) 953-9421 | Information on possible engine repair | Counter person + staff | Nothing at this time need more info | Walk-in |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry

ADDRESS: 61 Lincoln Street, Hartford, CT 06106

EMPLOYER: Allan S. Goodman

DATE OF INJURY: 8/26/98

INS. CARRIER: Liberty Mutual

WEEK OF: _____

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 10/20 | CT LOTTERY CORP, 270 JOHN DOWNEY DRIVE, NEW BRITAIN CT 06051 | (860) 348-4026 | ANY | WEBSITE | NO OPENINGS AT THIS TIME | WEBSITE |
| 10/21 | CAPITAL COMM. COLLEGE, 950 MAIN ST, HTFD CT 06103 | (860) 906-5007 | ANY | WEBSITE | NO OPENINGS | WEBSITE |
| 10/22 | UCONN HEALTH CENTER, PO BOX 4035, FARMINGTON CT 06034 | (860) 679-2426 | ANY | WEBSITE | 55 - OPENINGS NOT QUALIFIED | WEBSITE |
| 10/23 | JUDICIAL BRANCH, 61 WOODLAND ST, HTFD CT 06105 | (860) 722-1606 | ANY | WEBSITE | 5 - OPENINGS NOT QUALIFIED | WEBSITE |
| 10/24 | DEPT OF TRANSPORTATION, WEBSITE | WEBSITE DOT/CT | ANY | WEBSITE | NO OPENINGS AT THIS TIME | WEBSITE |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry

ADDRESS: 61 Lincoln Street, Hartford, CT 06106

EMPLOYER: Allan S. Goodman

DATE OF INJURY: 8/26/98

INS. CARRIER: Liberty Mutual

WEEK OF: _____

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 10/27 | WELLS FARGO + CO WEBSITE CT JOBSBANK | CT JOBBANK WEBSITE | ARMED SERVICE TECHNICIAN | WEBSITE | NOT QUALIFIED | JOB BANK CT |
| 10/28 | CITY OF DANBURY 155 DEER HILL AV. DANBURY CT 06810 | CT JOBBANK WEBSITE | ASSISTANT MUTUAL CONTROL OFFICER | WEBSITE | NOT QUALIFIED | JOB BANK CT |
| 10/29 | COMPANY CONFIDENTIAL CHICOPEE MA 01040 850 HIGH ST. HOLYOKE MA | CT JOBBANK WEBSITE | SAFETY OFFICER | WEBSITE | NOT QUALIFIED | CT JOBBANK WEBSITE |
| 10/30 | HOME DEPOT MANCHESTER, CT | WEBSITE | LOSS PREVENTION MANAGER | CT JOBBANK WEBSITE | NOT QUALIFIED | WEBSITE |
| 10/31 | TSA.GOV WEBSITE | WEBSITE www.TSA.GOV | PART TIME SCREENER | TSA WEBSITE | NOT QUALIFIED | www.TSA.GOV |
| | | | | | | |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry                                    DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106                 INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman                                     WEEK OF: _____

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 11/3 | QUEST DIAGNOSTICS WALLINGFORD CT | WEBSITE | REGISTER COURIER FULL TIME | WEBSITE | NOT QUALIFIED | WEBSITE |
| 11/4 | QUEST DIAGNOSTICS WALLINGFORD CT | QUEST WEBSITE | PART TIME COURIER | WEBSITE | NOT QUALIFIED | WEBSITE |
| 11/5 | AMERICAN RED CROSS 209 FARMINGTON AV. FARMINGTON CT 06032-1911 | (860) 678-2700 | ANY | WEBSITE | 4-OPENINGS NOT QUALIFIED | WEBSITE |
| 11/6 | TOWN OF STRATFORD 2725 MAIN ST. STRATFORD CT 06615 | (203) 385-4007 | ANY | WEBSITE | NO OPENINGS AT THIS TIME | WEBSITE |
| 11/7 | TOWN OF WEST HARTFORD RM 126, 50 SOUTH MAIN ST WEST HTFD CT 06107 | (860) 523-3525 | PART TIME CUSTODIANS | WEBSITE | FILLED OUT APPLICATION | WEBSITE |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry                                    DATE OF INJURY: 8/26/98

ADDRESS: 61 Lincoln Street, Hartford, CT 06106                 INS. CARRIER: Liberty Mutual

EMPLOYER: Allan S. Goodman                                     WEEK OF: 11/10/03 - 11/14/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 11/10 | TRANSPORTATION SECURITY ADMINISTRATION TSA WEBSITE | WEBSITE | CANDIDATE PROFFER APPL. OCCUPATION GROUP | WEBSITE TSA | WILL BE NOTIFIED BY E-MAIL FOR OPENINGS CT. | WEBSITE TSA |
| 11/11 | TSA WEBSITE | WEBSITE | SUPPLY GROUP NEW HAVEN CT | WEBSITE TSA | WILL BE NOTIFIED BY E-MAIL FOR OPENINGS NEW HAVEN | WEBSITE TSA |
| 11/12 | TSA WEBSITE | WEBSITE | TRANSPORTATION GROUP KINGS OF LOCKS | WEBSITE TSA | WILL BE NOTIFIED BY E-MAIL FOR OPENINGS | WEBSITE TSA |
| 11/13 | TSA WEBSITE | WEBSITE | LEAD SCREENER MASSACHUSETTS | WEBSITE TSA | WILL BE NOTIFIED BY E-MAIL FOR OPENINGS | WEBSITE TSA |
| 11/14 | QUEST DIAGNOSTICS WEBSITE | WEBSITE | FACILITIES MAINTENANCE SECURITY | WEBSITE | NO OPENINGS AT THIS TIME | WEBSITE |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review.
You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure
to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment
through the Job Service or other referral sources.

EMPLOYEE'S NAME: John Curry

ADDRESS: 61 Lincoln Street, Hartford, CT 06106

EMPLOYER: Allan S. Goodman

DATE OF INJURY: 8/26/98

INS. CARRIER: Liberty Mutual

WEEK OF: 11/17/03 – 11/21/03

| DATE | EMPLOYER'S NAME AND ADDRESS | TELEPHONE NUMBER | TYPE OF JOB | PERSON CONTACTED | RESULT OF CONTACT | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| 11/17 | TSA-TWEED AIRPORT NEW HAVEN, CT | WEBSITE | SCREENER | TSA CONTACTED ME BY E-MAIL | NOT QUALIFIED | TSA WEBSITE |
| 11/18 | TOWN OF WETHERSFIELD 505 SILAS DEANE HGWY WETH, CT 06109 | TOWN WEBSITE | ANY | WEBSITE | 1-OPENING NOT QUALIFIED | WEBSITE |
| 11/19 | TOWN OF NEWINGTON 131 CEDAR ST NEWINGTON, CT 06111 | TOWN WEBSITE | ANY | WEBSITE | 1-OPENING NOT QUALIFIED | WEBSITE |
| 11/20 | CITY OF HARTFORD 550 MAIN ST HTFD, CT 06103 | (860) 543-8590 | ANY | WEBSITE | 4-OPENINGS NOT QUALIFIED | WEBSITE |
| 11/21 | CITY OF BRISTOL 111 N. MAIN ST BRISTOL, CT 06010 | (860) 584-6175 | ANY | WEBSITE | 5-OPENINGS NOT QUALIFIED | WEBSITE |

This record of your efforts should be forwarded to the Insurance Company or self-insured employer for their review. You may make copies of this form for your future use or you may submit sheets in your own hand writing. Be sure to include all the necessary information and make a copy for your records. Don't forget to indicate your efforts to obtain employment through the Job Service or other referral sources.