**UNITED STATES POSTAL SERVICE**

Examination Admin Office
141 WESTON ST
HARTFORD, CT 06101-9426

Applicant SSN: 048545000

JOHN P. CURRY
61 LINCOLN ST.
HARTFORD, CT 06106-3205

Thank you for expressing interest in employment with the U.S. Postal Service by applying for

Examination Announcement Number: **63089**    Test: **460-Rural Carrier Associate.**

**Lead Office/Installation Finance Number:**    080476

**Lead Office/Installation:**    **BLOOMFIELD, CT**

You have been scheduled for the examination on the date, time, and location listed below:

Day/Date:    Friday, December 5, 2003

Time:    08:30 AM

Location:    PEDC Training room
141 Weston ST
Hartford, CT 06101

(See Directions/Other Information on page 12)

You will need to bring the following items with you in order to be admitted:

1. Page 1 of this Scheduling Package (tear off from the rest of the package)
2. A Photo ID, such as a Driver's License
3. Two Sharpened #2 Pencils

It is very important that you read this entire package before reporting for the session. It contains essential and helpful information about the examination and the Postal Service.

We appreciate your interest and wish you luck on the examination!

1

**Privacy Act Statement:**  Collection of the job-related information such as your name, address, telephone number, social security number, and similar information is authorized by 39 U.S.C. 401 and 1001.  This information will be used to determine your qualifications for Postal Service employment.  It will be handled in accordance with the Privacy Act, 5 U.S.C. 552a.  As a routine use, this information may be disclosed: to an appropriate government agency, domestic or foreign, for law enforcement purposes; where relevant, in a legal proceeding in which the Postal Service is a party or has an interest; to a government agency in order to obtain information pertinent to a Postal Service decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants, permits, or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants, permits, or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the Postal Service to fulfill an agency function; to the Federal Records Center for storage of the information; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of Postal Service finances; to an administrative judge or other authorized employee of the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 C.F.R. Part 1614 and for enforcement of Federal EEO laws and regulations; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act, 29 U.S.C. 151 et seq.  **Providing the information is voluntary; however, if the information is not provided, you will not receive further consideration in the application process.**

**Computer Matching:**  Limited information may be disclosed to a federal, state, or local government agency administering benefits or other programs pursuant to applicable statutes.  The information will be used for the purpose of conducting computer matching programs under the statutes.  These programs include, but are not limited to, matches performed to verify an individual's initial or continuing eligibility for a benefits program, indebtedness to a benefits program, or compliance with the requirements of a benefits program.  Information may also be disclosed to determine whether applicants for postal employment have complied with the Military Selective Service Act.

**Privacy Act Statement, Sex, Race, and National Origin:**  The collection of the sex, race, and national origin information is authorized by 42 U.S.C. 2000e-16; 29 C.F.R. 1614.101, 1614.102, 1614.601.  The information requested is intended solely for use in connection with the Postal Service's commitment to equal employment opportunity.  Its purpose is to evaluate the effectiveness of the Postal Service's efforts in promoting its equal employment opportunity policy and in identifying and eliminating barriers which impede that policy.

The information gathered here will be handled in accordance with the Privacy Act, 5 U.S.C. 552a.  It will be kept confidential except that aggregate statistics generated from this information may be used to manage, evaluate, and report on equal employment opportunity and affirmative action programs; and government officials investigating compliance with laws and regulations relating to employment discrimination based upon race, color, sex, or national origin shall receive information upon their request.  Any other disclosure shall only be made as required by federal law.  **Your responses to the questions asking for race, sex, and national origin information are entirely voluntary and will have no bearing on your selection for a position.**

**Contents**

- Preparing for the Examination
- For Persons with Disabilities
- What to Expect in the Exam Room
- Job Description
- Frequently Asked Questions
- Veterans' Preference Explained
- Sample Questions
- Directions/Other Information

### Preparing for the Examination

Read all the information in this package. Come to the test physically and mentally prepared. Get a good night's sleep.

On the day of the test, allow yourself enough time for traffic, finding the examination location, parking, and getting to the exam room. It is best to plan to arrive at the exam room 15 to 30 minutes early. You must arrive no later than the time indicated on page 1. In fairness to all, we cannot admit those who arrive late.

### For Persons with Disabilities

If you have a disability that will require a special testing arrangement, please submit your request orally or in writing, to the examination administrative office listed on page 1. Specify the accommodation requested and provide documentation supporting the existence of the disability and your need for the accommodation requested. Include the date and time for which you are scheduled to take the exam. Requests for testing accommodation not submitted in advance may result in the postponement of your scheduled exam.

### What to Expect in the Exam Room

The total time for the examination is approximately two hours and 15 minutes. Some of that time will be used to handle administrative paperwork.

Before taking the exam, you will need to fill out the first two pages of the answer sheet with your name, social security number, address, and birth date.

If you have ever taken a test scored by a computer, you will be familiar with the process where you enter the information into the upper boxes and then fill in the appropriate circle below, one box at a time. When you have no information to enter in a box leave it blank and do not darken any circle in that column. The following is an example of correctly entered information on the form.

[grid showing "HALL" entered with bubbles filled in for H, A, L, L and other marked circles]

Some common mistakes to avoid are:
- Marking two circles in the same column.
- Mistaking the Q and O.
- Not noticing that the numbers in a column begin with zero, not one.

If you are entitled to Veterans' Preference you must indicate which preference on the form. See page 5 before coming to the examination.

There are four parts to this examination:
Part A: Address Checking; Part B: Memory for Addresses; Part C: Number Series; and Part D: Following Oral Instructions. Samples of the types of questions on the exam, and how we score each part, start on page 6. In the exam room, you will mark your answers to the test questions on your answer sheet, not in the test booklet.

## Job Description

### Rural Carrier Associate

Rural carrier associates are **non-career employees** who serve on a rural route. They sort, deliver, and collect all classes of mail up to 70 pounds, along a rural route using a vehicle. Rural carrier associates provide customers on the route with a variety of services, including selling stamp supplies and money orders. They must generally provide and maintain their own vehicle, but are given an equipment maintenance allowance. Applicants must have a valid state driver's license, a safe driving record, and at least two years of documented driving experience.

Rural carrier associate positions may lead to a position as a career regular rural carrier. When a regular rural carrier vacancy exists, the rural carrier associate in the office with the longest period of continuous service may elect to be converted to the career position.

## Frequently Asked Questions

*How long will it take to get the test results?*
All tests are sent to the National Test Administration Center where they are scored by computer. You will receive a notice of rating probably within 3 weeks of the test date.

*What is a passing score?*
You must attain a minimum score of 70 (excluding Veterans' Preference), on the examination to be considered for any of the positions for which you applied.

*How long are the results of the test valid?*
Your name will be maintained on a list of eligible applicants (called a register), for a period of two years from the date the eligible's name is entered on the register.

*How are people selected from the list?*
Names are placed on the hiring register according to the score on the examination. Veterans' Preference eligibles have the appropriate 5 or 10 points added to their score first. *Note: Veterans with a 10-percent or greater compensable service-connected disability are placed at the top of the hiring register, in the order of their scores. Eligible applicants who claim other kinds of veterans' preference are listed below this group in rank order.*

*What happens when my name is reached?*
When your name is reached you will be asked if you wish to be considered for a position. If you are interested, you will be given a series of screenings, including a local criminal records check, drug screening, personal interview, and medical assessment.

You may be scheduled for job-simulated performance exercises or an additional test. An applicant who selected flat sorting machine operator, who qualifies on the exam, and is in the area of consideration for employment, will be scheduled for keying dexterity exercises. A mark-up clerk applicant who qualifies on the exam, and is in the area of consideration for employment, will be scheduled for a typing test.

## Veterans' Preference Explained

**5-Point (Tentative).** May be awarded to a former member of the Armed Forces who was separated with an honorable discharge (or under honorable conditions), is not disabled and who meets one or more of the following criteria:

- Served on active duty in a pre-World War II campaign/expedition or during World War II (12/7/41-4/28/52).

- Served on active duty during the period beginning 4/28/52 and ending 7/1/55.

- Served on active duty for more than 180 consecutive days, other than for training, any part of which occurred between 2/1/55 and 10/14/76.

- Began active duty after 10/14/76 and before 9/8/80 and served in a campaign or expedition for which a campaign badge is authorized.

- Enlisted in the Armed Forces after 9/7/80 or entered on active duty through means other than enlistment after 10/14/82 and completed 24 months of continuous service or the full period for which called to active duty and served in a campaign or expedition for which a campaign badge is authorized.

- Enlisted in the Armed Forces after 9/7/80 or entered on active duty through means other than enlistment after 10/14/82 and completed 24 months of continuous service or the full period for which called to active duty and served active duty during the period beginning 8/2/90 and ending 1/2/92.

- Served in a campaign or expedition for which a campaign badge is authorized and was discharged early under 10 U.S.C. 1171 or for hardship under 10 U.S.C. 1173.

**10 Point - Compensable (Less than 30%).** May be awarded to a former member of the Armed Forces who was separated with an honorable discharge (or under honorable conditions) and has a service-connected disability that is at least 10% but less than 30% compensable.

**10 Point - Compensable (30% or More).** May be awarded to a former member of the Armed Forces who was separated with an honorable discharge (or under honorable conditions) and has a service-connected disability that is 30% or more compensable.

**10 Point (Other).** May be awarded to:

- Veterans who were awarded the Purple Heart.

- Veterans who receive compensation or pension from the Dept of Veterans Affairs or disability retired pay from the Armed Forces.

- Veterans who have a service-connected disability that is not compensable or that is less than 10% compensable.

- The unremarried widow or widower of a honorably separated veteran, provided the deceased veteran served in active duty during a war, or the veteran died while in the Armed Forces.

- Spouses of certain veterans with a service-connected disability.

- Mothers of certain deceased or disabled veterans.

5

**Sample Questions**

**Test Instructions**

During the test session, pay close attention to what the examiner has to say and follow all instructions. One of the purposes of the test is to see how quickly and accurately you can work. Therefore, each part of the test will be carefully timed. Do not **START** until you are told to do so. Also, when you are told to **STOP**, you must immediately **STOP** answering the questions. When you are told to work on a particular part of the examination, regardless of which part, you are to work on that part **ONLY**. If you finish a part before time is called, you may review your answers for that part, but you may not go on or back to any other part. **Failure to follow ANY directions given to you by the examiner may be grounds for disqualification.** Instructions read by the examiner are intended to ensure that each applicant has the same fair and objective opportunity to compete in the examination.

The following questions are like the ones that will be on the test. Study these carefully. This will give you practice with the different kinds of questions and show you how to mark your answers.

**Part A: Address Checking**

In this part of the test, you will have to decide whether two addresses are alike or different. If the two addresses are exactly **alike** in every way, darken circle A for the answer. If the two addresses are **different** in any way, darken circle D for the answer.

Your score on Part A of the actual test will be based on the number of wrong answers as well as on the number of right answers. Part A is scored right answers minus wrong answers. Random guessing should not help your score. For the Part A test, you will have 6 minutes to answer as many of the 95 questions as you can. It will be to your advantage to work as quickly and as accurately as possible. You will not be expected to be able to answer all the questions in the time allowed.

Now, mark your answers to these sample questions on the Sample Answer Grid below.

1. 2134 S 20th St                 2134 S 20th St

Since the two addresses are exactly alike, mark A for question 1 on the Sample Answer Grid.

2. 4608 N Warnock St              4806 N Warnock St

3. 1202 W Girard Dr               1202 W Girard Rd

4. Chappaqua NY  10514            Chappaqua NY  10514

5. 2207 Markland Ave              2207 Markham Ave

| Sample Answer Grid |
|---|
| 1  Ⓐ Ⓓ |
| 2  Ⓐ Ⓓ |
| 3  Ⓐ Ⓓ |
| 4  Ⓐ Ⓓ |
| 5  Ⓐ Ⓓ |

The correct answers to questions 2 through 5 are: 2D, 3D, 4A, and 5D.

## Part B: Memory for Addresses

In this part of the test, you will have to memorize the locations (Boxes A, B, C, D, or E) of 25 addresses shown in five boxes, like those below. For example, "Sardis" is in Box C, "6800-6999 Table" is in Box B, etc. The addresses in the actual test will be different.

During the examination, you will have three practice exercises to help you memorize the location of addresses shown in five boxes. After the practice exercises, the actual test will be given. Part B is scored right answers minus one-fourth of the wrong answers. Random guessing should not help your score. But, if you can eliminate one or more alternatives, it is to your advantage to guess. For the Part B test, you will have 5 minutes to answer as many of the 88 questions as you can. It will be to your advantage to work as quickly and as accurately as you can. You will not be expected to be able to answer all the questions in the time allowed.

| A | B | C | D | E |
|---|---|---|---|---|
| 4700-5599 Table | 6800-6999 Table | 5600-6499 Table | 6500-6799 Table | 4400-4699 Table |
| Lismore | Kelford | Joel | Tatum | Ruskin |
| 5600-6499 West | 6500-6799 West | 6800-6999 West | 4400-4699 West | 4700-5599 West |
| Hesper | Musella | Sardis | Porter | Nathan |
| 4400-4699 Blake | 5600-6499 Blake | 6500-6799 Blake | 4700-5599 Blake | 6800-6999 Blake |

Study the locations of the addresses for five minutes. As you study, silently repeat these to yourself. Then cover the boxes and try to answer the questions below. Mark your answers for each question by darkening the circle as was done for questions 1 and 2.

1. Musella
2. 4700-5599 Blake
3. 4700-5599 Table
4. Tatum
5. 4400-4699 Blake
6. Hesper
7. Kelford
8. Nathan
9. 6500-6799 Blake
10. Joel
11. 4400-4699 Blake
12. 6500-6799 West
13. Porter
14. 6800-6999 Blake

Sample Answer Grid

1. A ● C D E
2. A B C ● E
3. A B C D E
4. A B C D E
5. A B C D E
6. A B C D E
7. A B C D E
8. A B C D E
9. A B C D E
10. A B C D E
11. A B C D E
12. A B C D E
13. A B C D E
14. A B C D E

The correct answers for questions 3 through 14 are: 3A, 4D, 5A, 6A, 7B, 8E, 9C, 10C, 11A, 12B, 13D, and 14E.

7

**Part C: Number Series**

For each Number Series question, there is at the left a series of numbers, which follow some definite order, and at the right, five sets of two numbers each. You are to look at the numbers in the series at the left and find out what order they follow. Then decide what the next two numbers in that series would be if the same order were continued.

It will be to your advantage to answer every question in Part C that you can, since your score on this part of the test will be based on the number of questions that you answer correctly. Answer first those questions which are easiest for you. For the Part C test, you will have 20 minutes to answer as many of the 24 questions as you can.

1. 1 2 3 4 5 6 7............  A) 1 2    B) 5 6    C) 8 9    D) 4 5    E) 7 8

The numbers in this series are increasing by 1. If the series were continued for two more numbers, it would read: 1 2 3 4 5 6 7 8 9. Therefore the correct answer is 8 and 9.

2. 15 14 13 12 11 10 9.....  A) 2 1    B) 17 16    C) 8 9    D) 8 7    E) 9 8

The numbers in this series are decreasing by 1. If the series were continued for two more numbers, it would read: 15 14 13 12 11 10 9 8 7. Therefore the correct answer is 8 and 7.

3. 20 20 21 21 22 22 23...   A) 23 23    B) 23 24    C) 19 19    D) 22 23    E) 21 22

Each number in this series is repeated and then increased by 1. If the series were continued for two more numbers, it would read: 20 20 21 21 22 22 23 23 24. Therefore the correct answer is 23 and 24.

4. 17 3 17 4 17 5 17......   A) 6 17    B) 6 7    C) 17 6    D) 5 6    E) 17 7

This series is the number 17 separated by numbers increasing by 1, beginning with the number 3. If the series were continued for two more numbers, it would read: 17 3 17 4 17 5 17 6 17. Therefore the correct answer is 6 and 17.

5. 1 2 4 5 7 8 10........    A) 11 12    B) 12 14    C) 10 13    D) 12 13    E) 11 13

The numbers in this series are increasing first by 1 (plus 1) and then by 2 (plus 2). If the series were continued for two more numbers, it would read: 1 2 4 5 7 8 10 (plus 1) 11 and (plus 2) 13. Therefore the correct answer is 11 and 13.

Now read and work sample questions 6 through 10 and mark your answers on the Sample Answer Grid.

6. 21 21 20 20 19 19 18    A) 18 18    B) 18 17    C) 17 18    D) 17 17    E) 18 19
7. 1 22 1 23 1 24 1        A) 26 1     B) 25 26   C) 25 1    D) 1 26    E) 1 25
8. 1 20 3 19 5 18 7        A) 8 9      B) 8 17    C) 17 10   D) 17 9    E) 9 18
9. 4 7 10 13 16 19 22      A) 23 26    B) 25 27   C) 25 26   D) 25 28   E) 24 27
10. 30 2 28 4 26 6 24      A) 23 9     B) 26 8    C) 8 9     D) 26 22   E) 8 22

**Sample Answer Grid**

6  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ    8  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ    9  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ    10 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
7  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ

8

The correct answers to sample questions 6 through 10 are: 6B, 7C, 8D, 9D and 10E. Explanations follow.

6. Each number in the series repeats itself and then decreases by 1 (minus 1); 21 (repeat) 21 (minus 1) 20 (repeat) 20 (minus 1) 19 (repeat) 19 (minus 1) 18 (repeat) ? (minus 1) ?

7. The number 1 is separated by numbers which begin with 22 and increase by 1; 1 22 1 (increase 22 by 1) 23 1 (increase 23 by 1) 24 1 (increase 24 by 1) ?

8. This is best explained by two alternating series -- one series starts with 1 and increases by 2 (plus 2); the other series starts with 20 and decreases by 1 (minus 1).

```
          ^       ^       ^       ^       ?
    1     3       5       7       ?
          20      19      18
```

9. This series of numbers increases by 3 (plus 3) beginning with the first number
   4  7  10  13  16  19  22  ? ?

10. Look for two alternating series -- one series starts with 30 and decreases by 2 (minus 2); the other series starts with 2 and increases by 2 (plus 2).

Now try sample questions 11 through 15.

11. 5 6 20 7 8 19 9 . . . . . . . . . . . . . .   A) 10 18   B) 18 17   C) 10 17   D) 18 19   E) 10 11

12. 4 6 9 11 14 16 19 . . . . . . . . . . . .    A) 21 24   B) 22 25   C) 20 22   D) 21 23   E) 22 24

13. 8 8 1 10 10 3 12 . . . . . . . . . . . . .    A) 13 13   B) 12 5    C) 12 4    D) 13 5    E) 4 12

14. 10 12 50 15 17 50 20 . . . . . . . . . .     A) 50 21   B) 21 50   C) 50 22   D) 22 50   E) 22 24

15. 20 21 23 24 27 28 32 33 38 39 ..            A) 45 46   B) 45 52   C) 44 45   D) 44 49   E) 40 46

Sample Answer Grid

11 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ   13 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ   14 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ   15 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
12 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ

The correct answers to the sample questions above are: 11A, 12A, 13B, 14D and 15A.

## Part D: Following Oral Instructions

In this part of the test, you will be told to follow directions by writing in a test booklet and then on an answer sheet. The test booklet will have lines of material like the following five samples. **To practice this part of the test, tear out page 11.** Have someone read the instructions to you. When he or she tells you to darken the space on the Sample Answer Grid, use the grid on this page.

Your score for Part D will be based on the number of questions that your answer correctly. Therefore, if you are not sure of an answer, it will be to your advantage to guess. Part D will take about 25 minutes.

SAMPLE 1.   5___

SAMPLE 2.   1    6    4    3    7

SAMPLE 3.   D    B    A    E    C

SAMPLE 4.   (8__)  (5__)  (2__)  (9__)  (10__)

SAMPLE 5.   (7__)  [6__]  (1__)  [12__]

Sample Answer Grid

1  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     4  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     7  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     10  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
2  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     5  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     8  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     11  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
3  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     6  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     9  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ     12  Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ

## Instructions to be Read
### (The Words in Parentheses Should NOT be Read Aloud)

- You are to follow the instructions that I read to you. I cannot repeat them.

- Look at the samples. Sample 1 has a number and a line beside it. On the line write A as in Ace. (Pause 2 seconds.) Now on the Sample Answer Grid, find number 5 (Pause 2 seconds) and darken the letter you just wrote on the line. (Pause 2 seconds.)

- Look at Sample 2. (Pause slightly.) Draw a line under the third number. (Pause 2 seconds.) Now look on the Sample Answer Grid, find the number under which you just drew a line and darken B as in Boy. (Pause 5 seconds.)

- Look at the letters in Sample 3. (Pause slightly.) Draw a line under the third letter in the line. (Pause 2 seconds.) Now on your Sample Answer Grid, find number 9 (pause 2 seconds) and darken the letter under which you drew a line. (Pause 5 seconds.)

- Look at the five circles in Sample 4. (Pause slightly.) Each circle has a number and a line in it. Write D as in Dog on the line in the last circle. (Pause 2 seconds.) Now on the Sample Answer Grid, darken the number-letter combination that is in the circle in which you just wrote. (Pause 5 seconds.)

- Look at Sample 5. (Pause slightly.) There are two circles and two boxes of different sizes with numbers in them. (Pause slightly.) If 4 is more than 2 and if 5 is less than 3, write A as in Ace in the smaller circle. (Pause slightly.) Otherwise write C as in Car in the larger box. (Pause 2 seconds.) Now on the Sample Answer Grid, darken the number-letter combination in the box or circle in which you just wrote. (Pause 5 seconds.)

- Now look at the Sample Answer Grid. (Pause slightly.) You should have darkened 5A, 4B, 9A, 10D, and 12C on the Sample Answer Grid.

### Your Participation and Cooperation in this Postal Examination is Appreciated

**Directions/Other Information**

DO NOT PARK IN FRONT OF THE POST OFFICE.

Park in the employees parking lot and enter the building through the employees entrance and the Postal Police will direct you.

1105-460-0000372

# PARK PLAZA, INC.



## APPLICATION FOR EMPLOYMENT

Name  JOHN P. CURRY                                    Date 12/16/03

# APPLICATION FOR EMPLOYMENT

Park Plaza, Inc. does not discriminate in hiring or employment based on race, color, religion, creed, national origin, sex, age, handicap or veteran status. No question on this application is intended to secure information to be used for such discrimination.

**Please complete all <u>four</u> pages of this application.**

## PERSONAL

| | |
|---|---|
| Last Name: CURRY   First: JOHN   Middle: PATRICK | Date: 12/16/03 |
| Street Address: 61 LINCOLN ST | Home Telephone: (860) 525-6359 |
| City, State, Zip: HARTFORD CT 06106 | Business Telephone: ( ) N/A |
| Position applied for: DRIVER | Social Security Number: 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 |
| Are you available to work: ☒ Full-Time  ☒ Part-Time  ☐ Temporary from: to: | Desired hourly rate: 10.00 + UP |
| Are you available to work: ☐ First Shift (5 am-1 pm)  ☐ Second Shift (1 pm-9 pm)  ☒ Third Shift (9 pm-5 am)  Shift preference? | Are you available on holidays and weekends? ☒ Yes  ☐ No |
| Days and times NOT available to work: | Will you work overtime if asked? ☒ Yes  ☐ No |
| Are you legally eligible for employment in the United States and could you provide proof upon offer of employment? ☒ Yes  ☐ No | When would you be available to begin work? 1/2004 |
| Do you have a valid driver's license? ☒ Yes ☐ No  If yes, license #: 044091359  Is your license currently suspended or revoked? ☐ Yes ☐ No  Other than speeding tickets, do you have a clean driving record? ☒ Yes ☐ No | Do you have a valid CT Public Service License? ☐ Yes ☐ No  If yes, license # |
| Have you ever applied for employment with or been employed by Park Plaza, Inc.? ☐ Yes, Applied  ☐ Yes, Employed  ☒ No  If yes, month/year   Position | Are you over 18 years of age? ☒ Yes  ☐ No |
| Do you have any relatives or friends currently employed by Park Plaza, Inc.? ☐ Yes  ☒ No  If yes, who/relation? | How were you referred to us? MICHAEL CURRY |

## EDUCATION/TRAINING

| School | Name and Location of School | Course of Study | # of Years Completed | Did you graduate? | Degree or Diploma |
|---|---|---|---|---|---|
| Graduate | | | | ☐ Yes  ☐ No | |
| College | | | | ☐ Yes  ☐ No | |
| Business/Trade/Technical | AI PRINCE TECH HTFD CT | | 2 YRS | ☐ Yes  ☒ No | |
| High School | GED | | | ☐ Yes  ☐ No | |
| Other Education | BRANFORD HALL CAREER INSTITUTE DAY HILL RD WINDSOR CT | | 9 MNTHS | ☒ Yes  ☐ No | DIPLOMA |

Have you ever served in the United States Armed Forces?  ☐ Yes  ☒ No

If yes, did you acquire any special training or skills during your service?  ☐ Yes  ☒ No

| | Foreign Languages | List fluent only<br>1<br>2 | ☐ Speak ☐ Read ☐ Write<br>☐ Speak ☐ Read ☐ Write |
|---|---|---|---|
| **SECURITY** | Have you ever been convicted of a felony?<br>☐ Yes  ☒ No ||||
| | If yes, please briefly describe the circumstances of your conviction, indicating the date, nature and place of the offense and disposition of the case. A felony conviction record will not necessarily bar you from employment. ||||

## EMPLOYMENT
Please start with your most recent employer, including military service.

| # | Company Name | Telephone |
|---|---|---|
| 1 | **Company Name:** TOWN OF WEST HARTFORD | **Telephone:** (860) 523-3232 |
| | **Address:** 50 MAIN ST W. HTFD CT | **Employed From:** 12/1  **To:** PRESENT |
| | **Name of Supervisor:** ANDRE SONNENBERG | **Starting Salary:** 9.27  **Ending Salary:** |
| | **Position and Responsibilities:** PLANTS + FACILITIES | **Reason for Leaving:** STILL WORKING |
| 2 | **Company Name:** MARCOM COMMUNICATIONS | **Telephone:** (860) |
| | **Address:** 144 PROSPECT HILL RD E. WINDSOR | **Employed From:** 7/15/02  **To:** 1/8/03 |
| | **Name of Supervisor:** MIKE TEMPONE | **Starting Salary:** 14.00  **Ending Salary:** 14.00 |
| | **Position and Responsibilities:** TECHNICIANS ASSISTANT | **Reason for Leaving:** LACK OF WORK |
| 3 | **Company Name:** ALLAN S. GOODMAN | **Telephone:** (860) 528-2735 |
| | **Address:** 180 GOODWIN ST E. HTFD CT 06108 | **Employed From:** 9/86  **To:** 4/01 |
| | **Name of Supervisor:** RICH CONROY | **Starting Salary:** 11.8  **Ending Salary:** 17.00 |
| | **Position and Responsibilities:** SPLIT LINE WORKER NITE SHIFT | **Reason for Leaving:** EMPLOYER REFUSED TO ACCOMODATED DR. RESTRICTION |
| 4 | **Company Name:** | **Telephone:** ( ) |
| | **Address:** | **Employed From:**  **To:** |
| | **Name of Supervisor:** | **Starting Salary:**  **Ending Salary:** |
| | **Position and Responsibilities:** | **Reason for Leaving** |

Do you have any objections to our contacting any of the above employers (former and/or current)?
☒ Yes  ☐ No  If yes, who?

**Please Read Carefully Before Signing:**

*This company is an equal opportunity employer and selects individuals best matched for the job based upon job-related qualifications regardless of race, religion, color, creed, sex, sexual orientation, national origin, age, disability or any other status or characteristic protected by law.*

*I understand that completion of this application does not indicate that there are any positions open and does not obligate this company to hire me or offer me a job.*

*In the processing of my employment application, an investigation may be conducted whereby information and references will be requested from former and current employers. Permission is hereby granted to any school, person, firm or corporation, whether my former or current employer or otherwise, to give this company any relevant information that may be required as determined by the company to arrive at an employment decision and I hereby release this company, its officers, employees, representatives and/or agents from any and all liability and/or damage incurred by myself in accessing or using such information. I understand that an investigation and/or consumer report concerning my character, general reputation, personal characteristics and mode of living may be requested by the company in connection with my employment or post employment activities. I understand that I will be notified if such an investigation is obtained. I further understand that, upon written request, I may obtain additional information about this report under the requirements of the Fair Credit Reporting Act.*

*In consideration of my employment, I agree to conform to the rules and regulations of the company. I understand that my employment (and the terms and benefits provided or paid to me) is not intended to, and does not constitute any contractual relationship. I also understand that, as a matter of company policy, every aspect of my employment relationship with the company is on an at-will basis, meaning that I or the company may terminate the employment relationship at any time, for any reason, with or without cause. As part of this at-will policy, I understand that the company expressly reserves its inherent authority to manage and control the business enterprise and to exercise its sole discretion to determine all issues pertaining to my employment, including all matters pertaining to promotion, job assignments, the size of the workforce, demotion, transfer and discipline.*

*This company reserves the right to use any method of investigation which, in its sole discretion, it deems reasonable and necessary to determine whether any employee has engaged in conduct warranting investigation. As a condition of my employment, if hired, I agree to cooperate in any such investigation. As a condition of employment, I voluntarily agree to cooperate in consenting and submitting to any urine, blood or hair tests requested by the company to enforce its drug and alcohol policy, as well as any searches of my person or property while employed by this company and I recognize that refusal to cooperate in such tests or searches would be grounds for disciplinary action, up to and including termination.*

*I understand that if hired, my employment may be terminated by the company due to any misrepresentation, misinformation or inaccuracy of the statements contained in this application for employment. If hired, I agree to conform to the rules and regulations of this company as issued from time to time. I also attest that I am authorized to work in the United States. I understand that this application will remain active for three (3) months and if not hired by that date, I must renew my application to be considered for further employment.*

_____          __12/16/03_____
Signature of Applicant                                              Date

TO BE COMPLETED BY OPERATIONS MANAGER:

Date Interviewed _____    Date Hired _____    Date Started _____

Position _____    Shift _____    Full or Part Time _____    Wage _____

Physical/drug screen test scheduled for _____


Comments: