PREMIUM COMPUTATION FORM

October 03, 2001

Teamsters Local 671 Health Services
112 Spencer Street
Manchester, CT  06040


Principal Qualified Beneficiary:
    Mr. & Mrs. John Curry

The Health Benefits Continuation Plan requires you to pay premiums according to the schedule shown below. The premium for the first partial month, if applicable, has been calculated for the remaining number of days in the month the Qualifying Event occurs. Please be advised, the coverages listed below do not include the Accident & Sickness benefit or Life Insurance coverage.

Subsequent premiums are due each month, as shown. You must pay all initial premiums due within forty-five days of the day you sign and date the Enrollment Form. Your Initial premium payment must include the total premium amounts from the date of the Qualifying Event through the end of the month in which you make your first payment.

Your Qualifying Event Date: 10/27/2001
Your Last Enrollment Date:   12/27/2001

| Plan Description | Coverage Level | Premium |
|---|---|---|
| Full Time Gold+ Dental/Vision | Member & Spouse | $112.00 |
| Full Time Gold+ Medical/Rx | Member & Spouse | $462.00 |
| Total Monthly Premium: | | $574.00 |

| Schedule Of First Payment | | Premium |
|---|---|---|
| Amount Due if Enrollment Form Signed And Received In Our Office: 10/31/2001 | | $74.06 |
| Amount Due if Enrollment Form Signed And Received In Our Office: 11/30/2001 | | $648.06 |
| Amount Due if Premium Paid By............: | 12/31/2001 | $1,222.06 |
| Amount Due if Premium Paid By............: | 01/31/2002 | $1,796.06 |

Premiums must be paid by check or money order. PLEASE DO NOT SEND CASH.

P 0244

| Year | Age | Pension if not fired and worked to 57* | Pension now since fired** | Lost monthly pension benefits | Lost benes Yrly |
|---|---|---|---|---|---|
| 2018 | 57 | 83%, or $2,863.50 | 44%, $985.58 | $1,877.92 | $22,535.01 |
| 2019 | 58 | 83%, or $2,863.50 | 49%, $1,097.58 | $1,765.92 | $21,191.04 |
| 2020 | 59 | 83%, or $2,863.50 | 55%, $1,231.98 | $1,631.52 | $19,578.24 |
| 2021 | 60 | 83%, or $2,863.50 | 62%, $1,388.77 | $1,474.73 | $17,696.76 |
| 2022 | 61 | 88%, or $3,036 | 69%, $1,545.57 | $1,490.43 | $17,885.16 |
| 2023 | 62 | 92%, or $3,174 | 78%, $1,747.17 | $1,426.83 | $17,121.96 |
| 2024 | 63 | 96%, or $3,312 | 88%, $1,971.16 | $1,340.84 | $16,090.08 |
| 2025 | 64 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2026 | 65 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2027 | 66 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2028 | 67 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2029 | 68 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2030 | 69 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2031 | 70 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2032 | 71 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2033 | 72 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2034 | 73 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |
| 2035 | 74 | 100%, or $3,450 | $2,239.96 | $1,210.04 | $14,520.48 |

**TOTAL PENSION LOSS** $291,823.53

*Because Curry would have had 30 years in by this time if he had not been fired, he would have been eligible, from age 57 to 60, for 83% of his full pension at 64, and corresponding increases thereafter to age 64 when he would have been eligible for his full $3,450.

** Because Curry will not have 6 months credit after age 49, he will only be entitled to the early "statutory" retirement percentages.

present value

Compound Period .......: Monthly

Nominal Annual Rate ...:  5.110   %
Effective Annual Rate ..:  5.231   %
Periodic Rate .............:  0.4258  %
Daily Rate ..................:  0.01400 %

CASH FLOW DATA

| Event | Start Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Deposit | 12/05/2003 | 96,762.86 | 1 | | |
| 2 Withdrawal | 01/01/2018 | 1,877.92 | 12 | Monthly | 12/01/2018 |
| 3 Withdrawal | 01/01/2019 | 1,765.92 | 12 | Monthly | 12/01/2019 |
| 4 Withdrawal | 01/01/2020 | 1,631.52 | 12 | Monthly | 12/01/2020 |
| 5 Withdrawal | 01/01/2021 | 1,474.73 | 12 | Monthly | 12/01/2021 |
| 6 Withdrawal | 01/01/2022 | 1,490.43 | 12 | Monthly | 12/01/2022 |
| 7 Withdrawal | 01/01/2023 | 1,426.83 | 12 | Monthly | 12/01/2023 |
| 8 Withdrawal | 01/01/2024 | 1,340.84 | 12 | Monthly | 12/01/2024 |
| 9 Withdrawal | 01/01/2025 | 1,210.04 | 132 | Monthly | 12/01/2035 |

AMORTIZATION SCHEDULE - Normal Amortization

| Date | Deposit | Withdrawal | Interest | Net Change | Balance |
|---|---|---|---|---|---|
| 2003 Totals | 96,762.86 | 0.00 | 0.00 | 96,762.86 | 96,762.86 |
| 2018 Totals | 0.00 | 22,535.04 | 110,519.11 | 87,984.07 | 184,746.93 |
| 2019 Totals | 0.00 | 21,191.04 | 9,161.42 | 12,029.62- | 172,717.31 |
| 2020 Totals | 0.00 | 19,578.24 | 8,570.42 | 11,007.82- | 161,709.49 |
| 2021 Totals | 0.00 | 17,696.76 | 8,039.26 | 9,657.50- | 152,051.99 |
| 2022 Totals | 0.00 | 17,885.16 | 7,529.56 | 10,355.60- | 141,696.39 |
| 2023 Totals | 0.00 | 17,121.96 | 7,005.95 | 10,116.01- | 131,580.38 |
| 2024 Totals | 0.00 | 16,090.08 | 6,501.23 | 9,588.85- | 121,991.53 |
| 2025 Totals | 0.00 | 14,520.48 | 6,036.90 | 8,483.58- | 113,507.95 |
| 2026 Totals | 0.00 | 14,520.48 | 5,593.09 | 8,927.39- | 104,580.56 |
| 2027 Totals | 0.00 | 14,520.48 | 5,126.07 | 9,394.41- | 95,186.15 |
| 2028 Totals | 0.00 | 14,520.48 | 4,634.60 | 9,885.88- | 85,300.27 |
| 2029 Totals | 0.00 | 14,520.48 | 4,117.44 | 10,403.04- | 74,897.23 |

[handwritten annotation next to 2018 Totals row: "Present Value = at 5.11%"]

present value

| Date | Deposit | Withdrawal | Interest | Net Change | Balance |
|---|---|---|---|---|---|
| 2030 Totals | 0.00 | 14,520.48 | 3,573.21 | 10,947.27- | 63,949.96 |
| 2031 Totals | 0.00 | 14,520.48 | 3,000.54 | 11,519.94- | 52,430.02 |
| 2032 Totals | 0.00 | 14,520.48 | 2,397.85 | 12,122.63- | 40,307.39 |
| 2033 Totals | 0.00 | 14,520.48 | 1,763.68 | 12,756.80- | 27,550.59 |
| 2034 Totals | 0.00 | 14,520.48 | 1,096.32 | 13,424.16- | 14,126.43 |
| 2035 Totals | 0.00 | 14,520.48 | 394.05 | 14,126.43- | 0.00 |
| Grand Totals | 96,762.86 | 291,823.56 | 195,060.70 | 0.00 | |

REV. RUL. 2003-107 TABLE 1

Applicable Federal Rates (AFR) for October 2003

Period for Compounding

|  | Annual | Semiannual | Quarterly | Monthly |
|---|---|---|---|---|
| **Short-Term** | | | | |
| AFR | 1.68% | 1.67% | 1.67% | 1.66% |
| 110% AFR | 1.85% | 1.84% | 1.84% | 1.83% |
| 120% AFR | 2.01% | 2.00% | 2.00% | 1.99% |
| 130% AFR | 2.18% | 2.17% | 2.16% | 2.16% |
| **Mid-Term** | | | | |
| AFR | 3.65% | 3.62% | 3.60% | 3.59% |
| 110% AFR | 4.02% | 3.98% | 3.96% | 3.95% |
| 120% AFR | 4.39% | 4.34% | 4.32% | 4.30% |
| 130% AFR | 4.77% | 4.71% | 4.68% | 4.66% |
| 150% AFR | 5.50% | 5.43% | 5.39% | 5.37% |
| 175% AFR | 6.44% | 6.34% | 6.29% | 6.26% |
| **Long-Term** | | | | |
| AFR | 5.23% | 5.16% | 5.13% | 5.11% |
| 110% AFR | 5.76% | 5.68% | 5.64% | 5.61% |
| 120% AFR | 6.29% | 6.19% | 6.14% | 6.11% |
| 130% AFR | 6.82% | 6.71% | 6.65% | 6.62% |

REV. RUL. 2003-107 TABLE 2

Adjusted AFR for October 2003

Period for Compounding

|  | Annual | Semiannual | Quarterly | Monthly |
|---|---|---|---|---|
| Short-term adjusted AFR | 1.36% | 1.36% | 1.36% | 1.36% |
| Mid-term adjusted AFR | 2.98% | 2.96% | 2.95% | 2.94% |
| Long-term adjusted AFR | 4.74% | 4.69% | 4.66% | 4.64% |

REV. RUL. 2003-107 TABLE 3

Rates Under Section 382 for October 2003

| | |
|---|---|
| Adjusted federal long-term rate for the current month | 4.74% |
| Long-term tax-exempt rate for ownership changes during the current month (the highest of the adjusted federal long-term rates for the current month and the prior two months.) | 4.74% |

[Right margin fragments:]

Appropriate perce
Appropriate perce

Applicable feder
or a remainder o

Section 128
Original Issu
Tax-Exempt

The adjusted appl
term, and long-term
of October 2003. Se

Section 144
of Tax on I
of United S
Property In

Final and temp
897 and 1445 of the
identifying number
page 807.

Section 61
Numbers

Final and tem
897 and 1445 of t
identifying numb
page 807.

Section 7

26 CFR 300.3:

T.D. 9086

DEPARTN
THE TRE
Internal F
26 CFR I

User Fee
to Comp

AGENCY:
(IRS), Trea

2003-4

# John Curry Expenses

12/5/2003

| INVOICE DATE | PAID TO | FOR | AMT |
|---|---|---|---|
| 10.17.01 | Hartford Courier Service | Delivery of CHRO documents | $71.50 |
| 9.9.02 | Hartford Courier Service | Delivery to 150 Trumbull Street | $10.00 |
| 2.3.03 | Brandon Smith Reporting | Depo Richard Conroy | $641.83 |
| 2.6.03 | State Marshall Brian Zito | Service of Subpoena | $43.00 |
| 2.10.03 | Brandon Smith Reporting | Depo David Heller | $653.76 |
| 2.12.03 | Brandon Smith Reporting | Depo John P Curry | $258.91 |
| 2.19.03 | TMG Document Solutions | Copies and Bates Labeling | $80.20 |
| 2.24.03 | TMG Document Solutions | Copies and Bates Labeling | $9.79 |
| 3.10.03 | Michael Goulet | Witness Fees | $43.60 |
| 3.10.03 | Gabriel Velez | Witness Fees | $43.60 |
| 3.10.03 | Art Schreiber | Witness Fees | $43.60 |
| 3.13.03 | Sue Arcari | Witness Fees | $43.60 |
| 3.13.03 | Brandon Smith Reporting | Depo Art Schreibner | $530.53 |
| 3.13.03 | Brandon Smith Reporting | Depo Gabriel Velez | $39.75 |
| 3.13.03 | Brandon Smith Reporting | Depo Mike Goulet | $254.40 |
| 3.19.03 | CT State Marshall Zito | service of 2 subpoenas | $80.00 |
| 3.21.03 | Physiotherapy Associates Robb D. Wright | Consultation and Report | $930.00 |
| 3.22.03 | Brandon Smith Reporting | Depo Brian O'Connor | $415.26 |
| 3.26.03 | One Stop Copy Shop | 656 Copies | $69.54 |
| 4.1.03 | Brandon Smith Reporting | Depo Sue Arcari | $870.79 |
| 6.4.03 | Robert Andres | Expert Witness Expense | $600.00 |
| 6.9.03 | Robert Andres | Expert Witness Expense | $300.00 |
| 6.10.03 | Robert Andres | Copying | $218.17 |
| 6.12.03 | Catuogno Court Reporting | Andres, phd depo trans def expert | $500.50 |
| 6.20.03 | Catuogno Court Reporting | Andres, phd depo trans def expert | $334.05 |
| 9.9.03 | Robb Wright | Expert Fees | $240.00 |
| 9.22.03 | TMG Document Solutions | Copying | $80.14 |
| 9.24.03 | Robb Wright | Expert Fees | $480.00 |
| 10.1.03 | Robb Wright | Expert Fees | $240.00 |

TOTAL: $8,126.52