UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN P. CURRY | : | |
| v. | : | Civil No. 3:02cv 1149 (PCD) |
| ALLAN S. GOODMAN, INC. | : | |

**JUDGMENT**

This matter came on for consideration on defendant's motion for summary judgment before the Honorable Peter C. Dorsey, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motion and, on February 25, 2004, the Court filed a Ruling granting defendant's Motion for Summary Judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 1st day of March, 2004.

KEVIN F. ROWE, CLERK

By____/s/_____
Betty J. Torday
Deputy Clerk

EOD_____