UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN P. CURRY, | : | CASE NO. 3: 02 CV 1149 (PCD) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ALLAN S. GOODMAN, INC., | : | |
| | : | |
| Defendant. | : | March 5, 2004 |
| | : | |

### PLAINTIFF'S MOTION TO RECONSIDER COURT'S RULING AS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND, IN THE ALTERNATIVE, TO REMAND STATE LAW CLAIMS TO CONNECTICUT SUPERIOR COURT

Plaintiff hereby moves, pursuant to Local Rule 7(c) and Federal Rule of Civil Procedure 59(e), that this court reconsider its Ruling on Defendant's Motion for Summary Judgment. That ruling entered judgment against Plaintiff on his claims for disability discrimination, including those under the American's with Disabilities Act (ADA) and Connecticut's Fair Employment Practices Act (CFEPA). Plaintiff hereby requests reconsideration of that ruling, including reconsideration of (1) that part of the ruling that holds that Plaintiff is not disabled under the ADA and (2) that part of the ruling that applies the ADA test for disability to Plaintiff's claims under CFEPA. CFEPA has a significantly different and materially lower standard than the ADA.

This court should reconsider the entry of judgment on all counts and vacate its judgment for Defendant. In the alternative, this Court should vacate its ruling as to the First and Second Counts under CFEPA and remand them to Connecticut Superior Court for further proceedings.

**ORAL ARGUMENT IS REQUESTED  / TESTIMONY IS NOT REQUIRED**

1

A Memorandum of Law of even date is filed in support of this motion.

PLAINTIFF, JOHN P. CURRY

By: _____
Richard E. Hayber,
Hayber & Pantuso, LLC
Fed. Bar No: ct11629
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

This is to certify that on this date, the foregoing document was mailed to all counsel and pro se parties of record including:

Glenn A. Duhl
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford CT 06103

_____
Richard E. Hayber

2