UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN P. CURRY,<br>    Plaintiff, | CASE NO. 3: 02 CV 1149 (PCD) |
| vs. | |
| ALLAN S. GOODMAN, INC., | |
|     Defendant. | March 5, 2004 |

## APPENDIX OF UNREPORTED CASES

1.  *Trimachi v. Connecticut Workers Compensation Committee*, Docket No. CV 970403037S, 2000 WL 872451 (Conn. Super. 2000).

2.  *Venclauskas v. State*, Docket No. CV 960471879, 1997 WL 375654 (Conn. Super. 1997).

3.  *Gilman Bros. Co. v. Conn. Comm'n. on Human Rights & Opportunities*, Docket No. CV 950536075 (Conn. Super. 1997).

4.  *Tordonato v. Colt's Manufacturing Co.*, Docket No. CV 970481610S, 2000 WL 33124392 (Conn. Super. 2000).

5.  *CHRO ex rel. Kowalczyk v. City of New Britain*, CHRO No. 9810482 (Mar. 15, 2002).

6.  *CHRO ex rel. Saksena v. State*, CHRO No. 990089 (Aug. 9, 2001).

7.  *CHRO ex rel. Secondo v. Housing Authority*, CHRO No. 9710713 (June 9, 2000).

8.  *Caruso v. Siemens Business Communications, Inc.*, Docket No. 3:00-CV-0924 (EBB), 2004 WL 235365 (D. Conn. 2004).

9.  *Farahani v. State*, Docket No. CV 010809033S, 2002 WL 1904373 (Conn. Super. 2002).

10. *Infante v. Thomas*, Docket No. CV 970395925S, 2001 WL 822217 (Conn. Super. 2001).

11. *General Dynamics Corp. v. Comm'n on Human Rights and Opportunities*, Docket No. CV 92524412, 1993 WL 307663 (Conn. Super. 1993).

12. *Ezikovich v. Comm'n on Human Rights & Opportunities*, Docket No. CV 970567872 1998 WL 258182 (Conn. Super. 1998).

13. *Kalanquin v. Comm'n on Human Rights & Opportunities*, Docket No. CV 970567909, 1998 WL 57767 (Conn. Super. 1998).

12. *Ezikovich v. Comm'n on Human Rights & Opportunities*, Docket No. CV 970567872 1998 WL 258182 (Conn. Super. 1998).

13. *Kalanquin v. Comm'n on Human Rights & Opportunities*, Docket No. CV 970567909, 1998 WL 57767 (Conn. Super. 1998).