# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JOHN P. CURRY

    v.                                                     Civil No.  3:02 cv 1149 (PCD)

ALLAN S. GOODMAN, INC.

## JUDGMENT

This matter came on for consideration on the plaintiff's motion for reconsideration of the Ruling denying defendant's motion for summary judgment filed on February 25, 2004, before the Honorable Peter C. Dorsey, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on April 22, 2004, entered a Ruling on the motion for reconsideration granting- in-part and vacating the ruling granting summary judgment with respect to Counts One, Two and Three pertaining to Plaintiff's CFEPA claims, affirming summary judgment with respect to Counts Four through Six involving ADA and remanding the case as to the state law claims for disposition on the merits of the remaining claims.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant as to Counts Four through Six and the case is remanded to State Court with respect to Counts One, Two and Three for disposition and the case is closed.

Dated at New Haven, Connecticut, this 4th day of May, 2004.

                                KEVIN F. ROWE, CLERK

                                By /s/ _____
                                       Patricia A. Villano
                                       Deputy Clerk

EOD: _____